IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
MARYLAND
(SOUTHERN DIVISON)

ALI BEHROZ AZIZ, et al.

    Plaintiffs,

v.

BEZHAN AZIZ

    Defendant.

Civil Action No. 8:22-cv-02834-PJM

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

This matter having come before the Court on the parties' Joint Motion to Extend Scheduling Order Deadlines and Memorandum of Law ("Joint Motion"), and the Court having read and considered same, the Court hereby GRANTS the Joint Motion. For good cause shown, the Scheduling Order shall be revised as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Discovery deadline; Submission of status report | September 11, 2023 | November 30, 2023 |
| Requests for admission | September 18, 2023 | December 7, 2023 |
| Dispositive pretrial motions deadline | October 10, 2023 | January 10, 2023 |

**SO ORDERED** in Chambers at Greenbelt, Maryland, this  9  day of September, 2023.

9/7/23

_____
Peter J. Messitte
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record