# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **ALI BEHROZ AZIZ,** *et al.* | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Action No. 8:22-cv-02834-PJM |
| **BEZHAN AZIZ** | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Jonathan P. Kagan and Kagan Stern Marinello & Beard, LLC, on behalf of Defendant Bezhan Aziz in the above-captioned matter.

Date: September 26, 2023        Respectfully submitted,

*/s/ Jonathan P. Kagan*
Jonathan P. Kagan
(D. Md. Bar No. 23181)
kagan@kaganstern.com

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Phone:        (410) 216-7900
Facsimile:    (410) 705-0836

*Counsel for Defendant*
*Bezhan Aziz*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2023, a copy of the foregoing Notice of Entry of Appearance for Defendant was served via the CM/ECF filing system on:

>William Heyman, Esq.
>HEYMAN LAW FIRM
>201 N. Charles Street, Stuie 1100
>Baltimore, MD 21201
>Phone: (410) 762-0140
>Facsimile: (410) 762-0142
>Email: wheyman@heymanfirm.com
>
>*Counsel for Plaintiffs*
>*Ali Behroz Aziz and Shinkay Aziz*

>*/s/ Jonathan P. Kagan*
>Jonathan P. Kagan
>(D. Md. Bar No. 23181)
>kagan@kaganstern.com