**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| **ALI BEHROZ AZIZ, et al.** | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 8:22-cv-02834-BAH |
| **BIJAN AZIZ,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

HAVING CONSIDERED Defendant's Motion to Enforce Settlement Agreement ("Motion to Enforce"), and any responses and replies filed thereto, it is this ___ day of _____, 2024, hereby ORDERED:

A. That Defendant's Motion to Enforce is **GRANTED**; and further

B. That the Settlement Agreement and Amendment entered into by the Parties on July 30, 2024 are valid and enforceable; and further

C. That in accordance with Section 13 of the Settlement Agreement, Defendant may file, within thirty (30) days of this Order, a petition for an award of its reasonable attorneys' fees incurred in connection with enforcement of the Settlement Agreement and Addendum; and further

D. That the above-captioned case shall be dismissed with prejudice, subject to Defendant filing his petition for attorneys' fees.

_____
The Honorable Brendan A. Hurson
United States District Court Judge